1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

6   Douglas Harry Warenback,                    Case No. 2:22-cv-01342-JAD-DJA

7                     Plaintiff,

8            v.                                  **Report and Recommendation**

9   Aaron Ford, Attorney General for the State of
    Nevada,

10
                          Defendant.
11

12          The Court previously granted Plaintiff's request to proceed *in forma pauperis* and

13   screened the complaint under 28 U.S.C. § 1915.  (ECF No. 10).  In doing so, the Court found that

14   Plaintiff's complaint was deficient.  (*Id.*).  As a result, the Court dismissed Plaintiff's complaint

15   and granted Plaintiff leave to amend the complaint, requiring that an amended complaint be filed

16   by April 24, 2023, which has since passed.  (*Id.*).  The Court stated, "[f]ailure to comply with this

17   order will result in the recommended dismissal of this case."  (*Id.*).  To date, the Court has not

18   received an amended complaint or any request to extend the deadline for filing one.

19          Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without

20   prejudice.

21                                       **NOTICE**

22          Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be

23   in writing and filed with the Clerk of the Court within fourteen (14) days after service of this

24   Notice.  The Supreme Court has held that the courts of appeal may determine that an appeal has

25   been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474

26   U.S. 140, 142 (1985) *reh'g denied*, 474 U.S. 1111 (1986).  The Ninth Circuit has also held that

27   (1) failure to file objections within the specified time and (2) failure to properly address and brief

28   the objectionable issues waives the right to appeal the District Court's order and/or appeal factual

issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991);

*Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: May 9, 2023

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE