# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Harry Warenback, | Case No.: 2:22-cv-01342-JAD-DJA |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation** |
| Aaron Ford, Attorney General for the State of Nevada, | [ECF No. 11] |
| Defendant | |

The magistrate judge screened the plaintiff's complaint under 28 U.S.C. § 1915, dismissed it as deficient, and gave the plaintiff leave to amend the complaint by April 24, 2023.[1] The plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed and closed.[2] That deadline to amend the complaint passed without any action by the plaintiff, and the magistrate judge now recommends that this case be dismissed because there are no pending claims.[3] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 10.

[2] *Id.*

[3] ECF No. 11.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1  IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 11] is ADOPTED** in its entirety.  **This case is DISMISSED**.  The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
May 25, 2023